UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>          Plaintiff,<br><br>v.<br><br>874 RAHMAN LLC, a California<br>Limited Liability Company, et al.<br><br>          Defendants. | Case No. CV 16-05006 AB (KSx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled; IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. **The Court ORDERS the parties to work in good faith to resolve attorneys' fees as part of their settlement.** This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 2, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE